IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DWAYNE E. FREEMAN,

        Plaintiff,

    v.

SGT KIM, et al.,

        Defendants.

1:25-CV-471-DAB-JEP

## ORDER

The Magistrate Judge granted Plaintiff's application to proceed *in forma pauperis* for the limited purpose of conducting a frivolity review under 28 U.S.C. § 1915(e)(2)(B). *4/30/26 Order and Recommendation*, D.E. 4. Although Plaintiff invoked Federal Question Jurisdiction under 28 U.S.C. § 2255, the Magistrate Judge concluded that § 2255 applies only federal prisoners seeking to challenge a federal conviction or sentence imposed by a federal court. *Id*. at 5. Because Plaintiff's allegations concern confinement arising from a state-court judgment and actions taken by state jail officials, § 2255 does not apply, and dismissal of that claim is appropriate. *Id*.

The Magistrate Judge further determined that, even if the Complaint were construed as asserting claims under 42 U.S.C. § 1983, dismissal would still be warranted because Plaintiff failed to allege facts sufficient to state a plausible claim for relief. *Id*. Plaintiff did not identify an unconstitutional policy or custom attributable to the county or sheriff, nor did he plausibly allege constitutional violations by the individual defendants. *Id*. In addition, to the extent Plaintiff challenges the validity of his confinement or sentence, such claims are barred because Plaintiff seeks damages arising from a sentence that has not been invalidated. *Id*. at 6.

Plaintiff filed an objection stating only that he disagrees with dismissal and wishes to have time to review probation documents. *5/18/26 Objection*, D.E. 6. The Court has conducted a *de novo* review pursuant to Fed. R. Civ. P. 72(b)(3), liberally

construing Plaintiff's *pro se* filing, and concludes that the Magistrate Judge's Recommendation is fully supported by the record and applicable law. Accordingly, the Court adopts the Recommendation.

## CONCLUSION

For the foregoing reasons, the Court accepts the Magistrate Judge's Recommendation that the Plaintiff's case be dismissed and dismisses it without prejudice. It is therefore ordered that the Plaintiff's Objection, D.E. 6, is overruled, and the Recommendation of the Magistrate Judge, D.E. 4, is accepted.

This the 29th day of May, 2026.

*/s/ David A. Bragdon*
United States District Judge
